```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0036--CR (JWS)
                                        "USA V RED TIGER CHASE"
                                       DEF 1.1 CHASE, RED TIGER

                       Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  04/20/05
              Closed:  10/19/05
  No. of Defendants:  1
      MJ Case Number:
                 AKA:  REDTIGER W. CHASE, LUIS WILSON DEARMAS-QUINTERO, RAFALES FA-MAS
                       MERCENARIES, CHRISTIAN HOLY SAINTS-PAUL, CHRISTIAN PETER SAINTS-PAUL
     Location status:  Released on Own Recognizance
          Trial date:
          Terminated:  YES
  Needs interpreter:  NO
    Counsel of record: Mary C. Geddes
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3408
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Karen L. Loeffler
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 1.1 CHASE, RED TIGER
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:1344 BANK FRAUD (F) | Dismissed (40-1) |
| 1 -   1 IND | 2 | 18:1028(a)(7) and (b)(1)(D) IDENTITY THEFT (F) | Dismissed (40-1) |
| 1 -   1 IND | 3 | 42:408(a)(7)(B) SOCIAL SECURITY FRAUD | Sentenced (38-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0036--CR (JWS)
                                      "USA V RED TIGER CHASE"

                                         For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 04/20/05
             Closed: 10/19/05
 No. of Defendants: 1


 Document #    Filed      Docket text

      1 -  1  04/20/05    [Re: DEF 1] PLF 1 Indictment.

      2 -  1  04/20/05    [Re: DEF 1] PLF 1 motion to seal case.

   NOTE -  1  04/21/05    [Re: DEF 1] Issued WOA.

      3 -  1  04/21/05    [Re: DEF 1] AHB Grand Jury Minutes re: Indt sealed, no bail set.

      4 -  1  04/22/05    [Re: DEF 1] AHB Order granting motion to seal case (2-1). AUSA, Judge
                          Sedwick

   NOTE -  2  04/27/05    [Re: DEF 1] USM Notice of Arrest; defendant arrested 4/26/05.

   NOTE -  3  04/27/05    Notation: Proposed Trial Date Setting for Arr to USDJ.

     4A-  1  04/29/05    [Re: DEF 1] Return of WOA executed on 4/27/05.

      5 -  1  05/02/05    [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Indt
                          (held 4/28/05); Arr cont to 5/2/05 at 2:00 pm; status of cnsl to be
                          determined at 5/2/05 hrg; def detained; tentative trial date set for
                          7/6/05; court unsealed Indt.  cc:  USA, FPD, L. Wells, USM, USPO, Judge
                          Sedwick

      6 -  1  05/02/05    [Re: DEF 1] JDR Order of Detention Pending Hearing set for 5/2/05 at
                          2:00 pm.  cc:  USA, FPD, L. WELLS, USM, USPO

      7 -  1  05/02/05    [Re: DEF 1] JWS Court Minutes [ECR: April Karper/Elisa Singleton] re
                          Cont Arr/Status of Counsel/Det Hrg (held 5/2/05); FPD accepted
                          appointment;  Det Hrg cont to 5/3/05 at 1:30 pm; def plead not guilty to
                          cts 1-3 of Indt; pretrial motions due 6/1/05; tentative trial date
                          7/6/05.  cc: USA, FPD, USPM, USPO, Judge Sedwick

      8 -  1  05/02/05    DEF 1 Attorney Appearance of K. McCoy (FPD).

      9 -  1  05/03/05    [Re: DEF 1] JWS Minute Order setting TBJ on 7/6/05 @ 9:00 a.m. & FPTC on
                          7/6/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

     10 -  1  05/04/05    [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 5/9/05; PTM's due 6/1/05. cc: USA, FPD

     11 -  1  05/04/05    [Re: DEF 1] AMENDED JDR Court Minutes [ECR: Linda Christensen] re Arr on
                          Indt (held 4/28/05); Arr cont to 5/2/05 at 2:00 pm; status of cnsl to be
                          determined at 5/2/05 hrg; def detained; tentative trial date set for
                          7/6/05; court unsealed Indt; off record:  court unsealed case.  cc:
                          USA, FPD, L. Wells, USM, USPO, Judge Sedwick

     12 -  1  05/04/05    [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton/April Karper] re
                          Cont. Detention Hearing (held 5/3/05); Oral Motion to Release defendant
                          to Third Party Custodian granted; release order signed; w/att exhibits
                          and witness list.  cc: USA, FPD, USM, USPO

 ACRS: R_RDSDX                 As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0036--CR (JWS)
                                    "USA V RED TIGER CHASE"

                                       For all filing dates

Document #     Filed      Docket text
_____     _____   _____

  13 -   1     05/04/05   [Re: DEF 1] JDR Cy of Order of Release.  cc: USA, FPD, USM, USPO

  14 -   1     05/04/05   [Re: DEF 1] JDR Order of Personal Recognizance.  cc: USA, FPD, USM, USPO

  15 -   1     05/04/05   [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM,
                          USPO

  16 -   1     05/09/05   DEF 1 Unopposed motion for bail modification w/att aff.

  17 -   1     05/09/05   DEF 1 Attorney Substitution of M. Geddes for K. McCoy.

  18 -   1     05/17/05   [Re: DEF 1] JDR Minute Order granting as directed unopposed motion for
                          bail modification (16-1). cc: USA, FPD, USM, USPO

  19 -   1     06/15/05   DEF 1 Unopposed motion for bail modification w/att aff.

  20 -   1     06/17/05   [Re: DEF 1] JDR Minute Order re govt to filed dscvy conf certv & show
                          cause why orig ddln was not complied with due 6/22/05. cc: USA, FPD

  21 -   1     06/20/05   [Re: DEF 1] JDR Order granting unoppo mot for bail modif (19-1); def may
                          travel to Wasilla, AK for weekend recreation; all other conds of rls
                          shall be cont. cc: USA, FPD, USM, USPO

  22 -   1     06/29/05   DEF 1 Notice of Intent to change plea.

  23 -   1     06/30/05   {SEALED}

  24 -   1     06/30/05   [Re: DEF 1] PLF 1 motion to accept late filed certificate of discovery.

  25 -   1     07/01/05   [Re: DEF 1] JWS Minute Order setting PCOP hrg on 7/6/05 @ 9:00 a.m.;
                          7/6/05 FPTC & TBJ are vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC

  26 -   1     07/08/05   [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] re: PCOP hrg held
                          7/6/05; def changed plea to guilty on ct 3 of Indt; IOS set 9/16/05 @
                          8:30 a.m.; def's oral mot to modify conds of rls granted; govt to
                          dismiss cts 1-2 @ IOS; terminating in light of this ord: mot to accept
                          late fld certif of disc (24-1). cc: USA, FPD, USM, USPO, MJ Roberts

  27 -   1     09/09/05   DEF 1 Unopposed motion to postpone sentencing w/att aff.

  28 -   1     09/13/05   [Re: DEF 1] JWS Order granting unoppo mot to postpone 9/16/05 sentencing
                          (27-1); IOS reset to 10/14/05 @ 9:00 a.m.. cc: USA, FPD, USM, USPO

  29 -   1     10/07/05   DEF 1 Notice of lodging w/att exh.

  30 -   1     10/07/05   DEF 1 Objections to pre-sentence report.

  30 -   2     10/07/05   DEF 1 motion for an evidentiary hearing.

  31 -   1     10/11/05   DEF 1 Sentencing Memorandum.

  32 -   1     10/11/05   [Re: DEF 1] PLF 1 motion to accept sentencing memorandum filed one day
                          late w/att prop sentencing memo.

  33 -   1     10/12/05   [Re: DEF 1] JWS Minute Order directing author of pre-sentence rpt to
                          remove paragraphs 62-71 from pre-sentence rpt & to provide cy of
                          paperwork supporting paragraph 51 to cnsl for both parties; if def still
                          objects to paragraph 51 crt will consider evidence available at time of

ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                        Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A05-0036--CR (JWS)
                                    "USA V RED TIGER CHASE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | IOS. cc: USA, FPD, USPO |
| 34 - 1 | 10/13/05 | [Re: DEF 1] JWS Order granting mot to accept sentencing memo fld 1 day late (32-1). cc: USA, FPD |
| 35 - 1 | 10/13/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 36 - 1 | 10/17/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re IOS (held 10/14/05); sentence imposed as stated in the judgment. |
| 37 - 1 | 10/18/05 | [Re: DEF 1] PLF 1 motion to dismiss counts 1 & 2 of Indictment. |
| 38 - 1 | 10/19/05 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 3 of Indt (1-1); sentenced to 36 mos prob; $100.00 SA; $893.27 in restitution. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 39 - 1 | 10/19/05 | [Re: DEF 1] JWS Order granting mot to dismiss counts 1 & 2 of Indt (37-1). cc: USA, FPD |
| 40 - 1 | 10/19/05 | [Re: DEF 1] JWS Judgment of Discharge dism cts 1,2 of Indt (1-1). cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 41 - 1 | 11/15/05 | [Re: DEF 1] Partial Transcript re IOS (held 10/14/05). |