DEBORAH M. SMITH
Acting United States Attorney

KAREN L .LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax:(907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr- 036-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO REQUIRE |
| | ) | DEFENDANT TO EXECUTE |
| RED TIGER CHASE | ) | MEDICAL WAIVER AS |
| | ) | CONDITION OF PROBATION |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel and moves this court to order defendant to execute the Authorization to Release Confidential Information Mental Health Treatment Programs on the form attached as exhibit 1 hereto.

At sentencing, held on October 18, 2005, this court ordered defendant to participate in and fully comply with either an in patient or outpatient mental health

1

treatment program approved by the United States Probation Office. In order to supervise defendant, the Probation Office has asked defendant to execute the release attached as exhibit 1. Instead, defendant has provided the release attached as exhibit 2. The government has been informed by probation that it considers that release form inadequate to permit probation to conduct its supervisory obligations as the form provided by the defendant only authorizes the Veterans Administration to confirm if defendant is following treatment or has terminated from the program. It does not permit probation access to any confidential information and does not allow probation to properly assess defendant's compliance with the terms of probation and/or his progress on probation.

RESPECTFULLY submitted February 7, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax:(907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 7, 2006, a copy
of the foregoing MOTION TO REQUIRE DEFENDANT TO
EXECUTE MEDICAL WAIVER AS CONDITION OF PROBATION
was served, via electronically on:

Mary Geddes, FPD

s/Karen Loeffler