## AUTHORIZATION TO RELEASE INFORMATION TO
## UNITED STATES PROBATION OFFICER MICHAEL PENTANGELO

    I, Red Tiger Chase, hereby authorize the Veterans Administration to release the following information to Probation Officer Michael Pentangelo of the United States Probation Office for the District of Alaska:

    1.  The Veterans Administration shall identify the mental health professional responsible for the treatment of Red Tiger Chase during the period of time Red Tiger Chase receives mental health treatment from the Veterans Administration Medical and Regional Office Center in Anchorage;        _RC_ (INITIALS)

    2.  The mental health professional identified by the Veterans Administration is hereby authorized to confirm to Probation Officer Michael Pentangelo that Red Tiger Chase is continuing with prescribed mental health treatment through the Veterans Administration;        _RC_ (INITIALS)

    3.  The mental health professional identified by the Veterans Administration is further authorized to notify Probation Officer Michael Pentangelo if Red Tiger Chase terminates mental health treatment against the advice of the mental health professional identified by the Veteran's Administration;    _RC_ (INITIALS)

    4.  Finally, the mental health professional identified by the Veteran's Administration is authorized to notify Probation Officer Michael Pentangelo if Red Tiger Chase is terminated from participation in Veterans Administration treatment.

                            _RC_ (INITIALS)

This release expressly excludes and does not authorize the release of any information privileged by the psychotherapist/patient privilege recognized in *Jaffee v. Redmond*, 518 U.S. 1 (1996).

Dated at Anchorage, Alaska, this ___ day of October, 2005.

_____
Red Tiger Chase

SUBSCRIBED and SWORN to before me this 26th day of October, 2005.

_____
Notary Public in and for Alaska
My commission expires: 6/6/09



Page 2 of 2