DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax:(907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr- 036-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RED TIGER CHASE | ) | |
| | ) | |
| Defendant. | ) | |

 The government's motion to require defendant to sign a medical release is granted/denied.  The defendant is ordered to sign a release of confidential mental health information on the form provided by the U.S. Probation Office.

DATED this ____ day of February, 2006, at Anchorage, Alaska.

 _____
 UNITED STATES DISTRICT COURT JUDGE