Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>RED TIGER CHASE,<br><br>                Defendant. | Case No. 3:05-cr-00036-JWS<br><br>**MOTION TO RELEASE PASSPORT TO DEFENDANT** |

        Defendant, Red Tiger Chase, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to order the release of his passport.  Mr. Chase needs to use the passport for identification purposes.

        The passport is in the possession of the Clerk's Office.  Mr. Chase provided the passport, long ago, in the context of pretrial proceedings.  Mr. Chase remains on probation at this time.  His probation officer has no opposition to a release of the passport.  A message has been left for Karen Loeffler with respect to this motion, but her position remains unknown.

DATED this 13th day of May 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on May 13, 2008,
 a copy of the *Motion to Release
Passport to Defendant* was served
electronically on:

Karen L. Loeffler, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ Mary C. Geddes