UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>RED TIGER CHASE,<br><br>                  Defendant. | Case No. 3:05-cr-00036-JWS<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Motion to Release Passport to Defendant, the court grants the motion.

IT IS HEREBY ORDERED that the Clerk of Court shall release Mr. Chase's passport to him or to a representative of the Federal Public Defender office.

DATED May _____, 2008, in Anchorage, Alaska.


_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE